## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DINKINS, | No. 4:19-CV-01460 |
| Plaintiff, | (Judge Brann) |
| v. | |
| J. POTOPE, *et al.*, | |
| Defendants. | |

### ORDER

### AUGUST 5, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendants' motion for summary judgment, Doc. 10, is **GRANTED IN PART**;

2.  The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants Brian Buschman, Jody Bennett-Meehan, James Potope, and Michael Maygar, and as against Plaintiff on all claims;

3.  The motion is **DENIED** as to Defendant Michael Hall; and

4.  Defendant Michael Hall may move for summary judgment on the Eighth Amendment conditions of confinement claim within thirty (30) days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge