## UNITED STATES DISTRICT COURT

### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Dinkins, | : | No. 4:19-CV-1460 |
| Plaintiff, | : | (Judge Brann) |
| vs. | : | |
| J. Potope, et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($         ), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   Judgment is entered in favor of Defendants Brian Buschman, Jody Bennett-Meehan, James Potope and Michael Maygar and as against Plaintiff on all claims.

This action was:

\_\_\_\_ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to August 5, 2020 Memorandum Opinion and Order.

Dated: 8/5/2020            Peter Welsh, Clerk of Court
                           By: s/Lisa A. Gonsalves, deputy