# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DINKINS, | No. 4:19-CV-01460 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CAPTAIN HALL | |
| Defendant. | |

## ORDER

### DECEMBER 29, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Hall's motion for summary judgment, Doc. 29, is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant Hall, and as against Plaintiff on all claims; and

3. The Clerk of Court is directed to **CLOSE** this action.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge